1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant KIMBERLY ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-595 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING CHANGE OF PLEA |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| KIMBERLY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to Kimberly Allen, currently scheduled for Friday, January 30, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, February 27, 2009, for status or change of plea. The reason for the continuance is that Ms. Allen has another pending federal case in this district as well as pending state matters in three counties. The parties need additional time to investigate the status and substance of the ongoing cases in hopes of reaching a global resolution. In addition, defense counsel will be out of the country and unavailable from

February 13, 2009 through February 24, 2009. A continuance to February 27, 2009, should give the parties the needed time to learn more about the pending matters and determine whether a global resolution can be reached. The parties stipulate that the time from January 30, 2009 to February 27, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can investigate the other pending cases and attempt to reach a global resolution which will encompass all of the pending cases.

DATED: January 28, 2009                              /s/
                                                     JOYCE LEAVITT
                                                     Attorney for Kimberly Allen


DATED: January 28, 2009                              /s/
                                                     CHRISTINE WONG
                                                     Assistant United States Attorney


  I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or motion setting date in this case, currently scheduled for Friday, January 30, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, February 27, 2009, at 9:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED that the time from January 30, 2009 to February 27, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can investigate the state cases and try to work out a global resolution. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   January 28, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge