1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant KIMBERLY ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-595 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER CONTINUING CHANGE** |
| | ) | **OF PLEA DATE AND EXCLUSION** |
| | ) | **OF TIME** |
| KIMBERLY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to Kimberly Allen, currently scheduled for Friday, April 10, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, May 15, 2009, at 9:00 a.m. for status or change of plea. The reason for the continuance is that the parties need additional time to investigate the status and substance of ongoing cases in different jurisdictions in hopes of reaching a global resolution. In addition, defense counsel has provided information to the government which it is investigating and which may affect the terms of the plea agreement. A

1  continuance to May 15, 2009, should give the government the needed time to investigate the
2  additional information provided and for the parties to determine whether a global resolution can be
3  reached.  The parties stipulate that the time from April 10, 2009 to May 15, 2009, should be
4  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
5  (B)(iv) for adequate preparation of counsel so that government counsel can investigate the new
6
7  information and the parties can attempt to reach a global resolution which will encompass all of the
8  pending cases.

DATED: April 3, 2009                          /s/
                                              JOYCE LEAVITT
                                              Attorney for Kimberly Allen


DATED: April 3, 2009                          /s/
                                              CHRISTINE WONG
                                              Assistant United States Attorney


    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

*U S v. Kimberly Allen.,* CR 08-595 DLJ
Stip. Continuing Change of Plea Date                    - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or motion setting date in this case, currently scheduled for Friday, April 10, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, May 15, 2009, at 9:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED that the time from April 10, 2009 to May 15, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that government counsel can investigate the new information and the parties can try to work out a global resolution.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 6, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge