BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant ALLEN

FILED
APR 10 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ALLEN,<br><br>Defendant. | No. CR 08-00593 CW (WDB)<br>08-00595 DLJ (WDB)<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING<br>CONDITIONS OF PRETRIAL<br>RELEASE |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Kimberly Allen may be modified to allow her to leave Center Point program, where she is scheduled to graduate on Friday, April 10, 2009, and go to housing provided by Homeward Bound of Marin County. It is anticipated that Ms. Allen would stay at the Mill Street shelter, located at 190 Mill Street, San Rafael, California and then transfer as soon as space is available to New Beginnings, a clean and sober transitional house located at 1385 N. Hamilton Parkway, Novato, California, where she can stay for up to six months. Ms. Allen recently secured employment in Novato, California and it is anticipated that she will continue her employment while

at transitional housing. US Pretrial Services officer Victoria Gibson is aware of the proposed modification and has no objection. All other conditions of release shall remain the same.

DATED: April 10, 2009             /s/
                                                    JOYCE LEAVITT
                                                    Assistant Federal Public Defender

DATED: April 10, 2009             /s/
                                                    CHRISTINE WONG
                                                    Assistant United States Attorney

     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

**ORDER**

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Kimberly Allen are hereby modified to allow her to leave Center Point program, where she is scheduled to graduate on Friday, April 10, 2009, and go to housing provided by Homeward Bound of Marin County. It is anticipated that Ms. Allen would stay at the Mill Street shelter, located at 190 Mill Street, San Rafael, California and then transfer as soon as space is available to New Beginnings, a clean and sober transitional house located at 1385 N. Hamilton Parkway, Novato, California, where she can stay for up to six months. Ms. Allen is to continue with her employment, if possible, while at the transitional housing at the direction of the pretrial services officer.

     All other conditions of release shall remain the same.

SO ORDERED.

DATED: 4/10/09

                                             WAYNE D. BRAZIL
                                             United States Magistrate Judge