1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant KIMBERLY ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-595 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE |
| | ) | OF PLEA DATE AND EXCLUSION |
| | ) | OF TIME |
| KIMBERLY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to Kimberly Allen, currently scheduled for Friday, May 15, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, June 12, 2009, at 9:00 a.m. for status or change of plea. The reason for the continuance is that both parties are conducting further investigation to ensure an informed resolution of the matter. In addition, the parties are trying to reach a global resolution with other jurisdictions in which cases are pending against Ms. Allen. A continuance to June 12, 2009, should give the parties the needed time to continue their investigation

1  and for the parties to determine whether a global resolution can be reached. The parties stipulate that
2  the time from May 15, 2009, to June 12, 2009 should be excluded in accordance with the provisions
3  of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel
4
5  as the parties continue with their investigation and attempt to reach a global resolution.
6
7  DATED: May 6, 2009                    /s/
                                         JOYCE LEAVITT
8                                        Attorney for Kimberly Allen
9
10
   DATED: May 6, 2009                    /s/
11                                       CHRISTINE WONG
                                         Assistant United States Attorney
12
13
       I hereby attest that I have on file all holographed signatures for any signatures indicated by a
14 conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or motion setting date in this case, currently scheduled for Friday, May 15, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, June 12, 2009, at 9:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED that the time from May 15, 2009, to June 12, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that the parties can continue with their investigation and attempt to reach a global resolution. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 5-7-09

HONORABLE D. LOWELL JENSEN
United States District Judge