1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant KIMBERLY ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00595 DLJ |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER CONTINUING CHANGE** |
| | ) | **OF PLEA DATE AND EXCLUSION** |
| | ) | **OF TIME** |
| KIMBERLY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to Kimberly Allen, currently scheduled for Friday, June 12, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, June 26, 2009, at 9:00 a.m. for change of plea. The reason for the continuance is that both parties are completing their investigation and finalizing the terms of a plea agreement. A continuance to June 26, 2009, should give the parties the needed time to complete the investigation and finalize the terms of the plea agreement. The parties stipulate that the time from June 12, 2009 to June 26, 2009 should be

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel as the parties complete their investigation and finalize the terms of the plea agreement.

DATED: June 9, 2009                              /s/
                                                 JOYCE LEAVITT
                                                 Attorney for Kimberly Allen

DATED: June 9, 2009                              /s/
                                                 CHRISTINE WONG
                                                 Assistant United States Attorney

     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

*U S v. Kimberly Allen.,* CR 08-595 DLJ
Stip. Continuing Change of Plea Date                   - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or motion setting date in this case, currently scheduled for Friday, June 12, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, June 26, 2009, at 9:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from June 12, 2009, to June 26, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that the parties can continue with their investigation and attempt to reach a global resolution. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    June 10, 2009

HONORABLE D. LOWELL JENSEN
United States District Judge

*U S v. Kimberly Allen.,* CR 08-595 DLJ
Stip. Continuing Change of Plea Date                - 3 -